**THE LAW OFFICE OF**
**PAUL K. JOSEPH, PC**
PAUL K. JOSEPH (SBN 287057)
*paul@pauljosephlaw.com*
4125 W. Pt. Loma Blvd. No. 309
San Diego, CA 92110
Phone: (619) 767-0356
Fax: (619) 331-2943

**THE LAW OFFICE OF**
**JACK FITZGERALD, PC**
JACK FITZGERALD (SBN 257370)
*jack@jackfitzgeraldlaw.com*
TREVOR M. FLYNN (SBN 253362)
*trevor@jackfitzgeraldlaw.com*
MELANIE PERSINGER (SBN 275423)
*melanie@jackfitzgeraldlaw.com*
Hillcrest Professional Building
3636 Fourth Avenue, Suite 202
San Diego, California 92103
Phone: (619) 692-3840
Fax: (619) 362-9555

*Counsel for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY HUNTER, on behalf of herself, all others similarly situated and the general public,<br><br>Plaintiff,<br><br>v.<br><br>NATURE'S WAY PRODUCTS, LLC, and SCHWABE NORTH AMERICA, INC.,<br><br>Defendant. | Case No.: 3:16-cv-00532-WQH-AGS<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:     August 26, 2019<br>Dept.:    14B<br>Judge:   Hon. William Q. Hayes<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, on August 26, 2019 or as soon thereafter as may be heard, in Department 14B of the United States District Court for the Southern District of California, before the Hon. William Q. Hayes, plaintiff Sherry Hunter will and hereby does move the Court for entry of an Order preliminarily certifying a nationwide settlement class and approving a proposed class action settlement agreement, and more particularly:

    1.    Preliminarily certifying a class and appointing plaintiff and her counsel to represent the class;

    2.    Preliminarily approving the proposed class settlement;

    3.    Approving the parties' proposed forms of notice and notice program, and directing that notice be disseminated to the class pursuant to this program; and

    4.    Setting a fairness hearing and certain other dates in connection with the final approval of the Settlement.

This motion—which is unopposed by Defendants—is based upon the accompanying memorandum of points and authorities, the concurrently-filed declaration of Jack Fitzgerald and Paul K. Joseph, all exhibits, and all papers and records on file in this matter, and any further argument offered in support of the motion.

Dated: July 22, 2019                Respectfully Submitted,

                                      /s/Jack Fitzgerald
                                      Jack Fitzgerald

                                      **THE LAW OFFICE OF JACK FITZGERALD, PC**
                                      JACK FITZGERALD
                                      *jack@jackfitzgeraldlaw.com*
                                      TREVOR M. FLYNN
                                      *trevor@jackfitzgeraldlaw.com*
                                      MELANIE PERSINGER
                                      *melanie@jackfitzgeraldlaw.com*
                                      Hillcrest Professional Building
                                      3636 Fourth Avenue, Suite 202

1

*Hunter v. Nature's Way Prods., LLC et al.*, No. 3:16-cv-00532-WQH-AGS
NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

San Diego, California 92103
Phone: (619) 692-3840
Fax: (619) 362-9555

**THE LAW OFFICE OF PAUL K. JOSEPH, PC**
PAUL K. JOSEPH
*paul@pauljosephlaw.com*
4125 W. Point Loma Blvd. No. 309
San Diego, CA 92110
Phone: (619) 767-0356
Fax: (619) 331-2943

***Counsel for Plaintiff and the Proposed Class***

2

*Hunter v. Nature's Way Prods., LLC et al.*, No. 3:16-cv-00532-WQH-AGS
NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT