**THE LAW OFFICE OF**
**PAUL K. JOSEPH, PC**
PAUL K. JOSEPH (SBN 287057)
*paul@pauljosephlaw.com*
4125 W. Pt. Loma Blvd., No. 309
San Diego, CA 92110
Phone: (619) 767-0356
Fax: (619) 331-2943
**THE LAW OFFICE OF**
**JACK FITZGERALD, PC**
JACK FITZGERALD (SBN 257370)
*jack@jackfitzgeraldlaw.com*
TREVOR M. FLYNN (SBN 253362)
*trevor@jackfitzgeraldlaw.com*
MELANIE PERSINGER (SBN 275423)
*melanie@jackfitzgeraldlaw.com*
Hillcrest Professional Building
3636 Fourth Avenue, Suite 202
San Diego, California 92103
Phone: (619) 692-3840
Fax: (619) 362-9555

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY HUNTER, on behalf of herself, all others similarly situated and the general public,<br><br>                    Plaintiffs,<br><br>          v.<br><br>NATURE'S WAY PRODUCTS, LCC, and SCHWABE NORTH AMERICA, INC.,<br><br>                    Defendant. | Case No: 3:16-cv-00532-WQH-AGS<br><br>**DECLARATION OF PAUL K. JOSEPH IN SUPPORT OF PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge:      William Q. Hayes |

1  I, Paul K. Joseph, declare as follows:

2      1.    I am a member in good standing of the state bar of California, and of the United

3  States District Courts for the Northern, Central, Eastern, and Southern Districts of California.

4  I make this based on my own personal knowledge in support of plaintiff's motion for

5  preliminary approval of a proposed class action settlement.

6      2.    I have been practicing plaintiffs' side class action prosecution since 2012 and

7  established the Law Office of Paul K Joseph, PC in May 2015. The Law Office of Paul K.

8  Joseph, PC specializes in consumer protection class actions.

9      3.    I have significant experience in consumer protection class actions involving

10  falsely advertise of foods products and dietary supplements, having devoted all of my practice

11  to vindicating the rights of injured consumers through class actions. Before founding the firm,

12  I was an associate at the Weston Firm, where I worked on numerous successful class actions,

13  including:

14  • ***In re Qunol CoQ10 Liquid Labeling Litigation*, No. 11-cv-173-DOC (C.D. Cal.)**

15      – Allegations that defendants misleadingly labeled a dietary supplement as

16      providing "six times more absorption." Obtained certification of a nationwide class,

17      *Bruno v. Quten Research Institute, LLC*, 280 F.R.D. 524 (C.D. Cal. 2011), and

18      avoided decertification following the Ninth Circuit's decision in *Mazza v. Am.*

19      *Honda Motor Co.*, 666 F.3d 581 (9th Cir. 2012), *see Bruno v. Eckhart Corp.*, 280

20      F.R.D. 540 (C.D. Cal. 2012). Obtained class settlement obligating defendants to

21      provide refunds and refrain from advertising the product as providing six times

22      more absorption. *Bruno v. Quten Research Institute, LLC*, 2013 WL 990495 (C.D.

23      Cal. Mar. 13, 2013).

24  • ***In re Quaker Oats Labeling Litigation*, No. 10-cv-502-RS (N.D. Cal.)** –

25      Allegations that Quaker labeled food products containing artificial trans fat with

26      misleading health and wellness claims. In July 2014, the Honorable Richard

27      Seeborg granted final approval to a settlement that required Quaker to remove

28

*Hunter v. Nature's Way Prods., LLC et al.*, No. 3:16-cv-00532-WQH-AGS
DECLARATION OF PAUL K. JOSEPH

partially hydrogenated vegetable oils containing artificial trans fat from a wide variety of bar and oatmeal products.

- ***Henderson v. The J.M. Smucker Company***, No. 2:10-cv-4524-GHK (C.D. Cal.) This action was the catalyst forcing the defendant to reformulate a children's frozen food production to remove trans fat. On June 19, 2013, the Honorable George H. King held the firm's client was a prevailing Private Attorney General and entitled to her costs and attorneys' fees.

4.    The Law Office of Paul K. Joseph, PC has substantial experience prosecuting false advertising food and dietary supplement class actions to vindicate the right of injured consumers. The firm's resume is attached hereto as Exhibit 1.

5.    Since being established, The Law Office of Paul K. Joseph, PC has recovered millions of dollars on behalf of consumers, including from manufacturers of coconut oils that placed false and misleading claims on the labels of their products.

6.    This includes three nationwide settlements against coconut oil manufacturers in matters alleging that the coconut oil products at issues bore false and misleading health and wellness claims. *See* Ex. 1.

7.    The Law Office of Paul K. Joseph, PC has no conflicts of interest in this matter and is devoted to obtaining the best results for the class and has invested substantial resources in this matter.

8.    Over the last three years, The Law Office of Paul K. Joseph, PC and The Law Office of Jack Fitzgerald, PC have been working to eradicate false and misleading health and wellness claims among coconut oil manufacturers.

9.    During that time we have brought claims against nine coconut oil manufacturers that have employed health and wellness labeling claims to enhance their sales in clear violation of federal and California food labeling laws that are intended to prevent consumer deception. Through our extensive efforts, our practices have gained a strong understanding of the merits of each case, including this case. This includes obtaining and reviewing tens of

*Hunter v. Nature's Way Prods., LLC et al.*, No. 3:16-cv-00532-WQH-AGS
DECLARATION OF PAUL K. JOSEPH

1    thousands of documents from the manufacturers themselves as well as from third parties.

2    Based on this discovery, we have an intimate understanding of the coconut oil market

3    (including consumer perceptions and motives). We have also committed over hundreds of

4    thousands of dollars to expert analyses of the scientific merits and damages.

5        10.    In short, these efforts provide us with an especially strong basis to evaluate the

6    strengths and challenges of this case.

7        11.    In negotiating and ultimately agreeing to the settlement agreement, we

8    considered all factors, including the strengths and weaknesses, that bear on this case.

9        12.    Regarding the merits, we believe that objective scientific evidence demonstrates

10   scientific that coconut oil consumption is unhealthy in numerous respects. Thus, it is

11   misleading, according to California's consumer protection statutes, to describe coconut oil

12   with health and wellness claims.

13       13.    Nevertheless we are aware of certain individuals that, in direct contradiction to

14   the scientific consensus, contend coconut oil is not necessarily unhealthy.

15       14.    Although we don't believe these views are credible, we recognize they could

16   potentially create a question of fact, if not properly excluded.

17       15.    Of greater risk than the merits of this case are the procedural hurdles, particularly

18   in obtaining certification for, and maintaining, a nationwide class. Further, the hurdle of

19   establishing damages on a classwide basis is a very real hurdle.

20       16.    We believe this settlement is a strong result for the class considering the

21   challenges specific to this case and, assuming these hurdles were overcome, our best estimate

22   of potential damages that we may have been able to prove in this matter.

23       I declare under penalty of perjury that the foregoing is true and correct to the best of

24   my knowledge. Executed July 22, 2019, in San Diego, California.

25

26                                              /s/ Paul K. Joseph
                                                Paul K. Joseph
27

28
                                           3

# **Exhibit 1**

THE LAW OFFICE OF
## PAUL K. JOSEPH

4125 W. Pt. Loma Blvd. #309 | San Diego, California 92110
Phone: 619.767.0356 | Fax: 619.331.2945

### Firm Resume – July 2019

**Overview**

The Law Office of Paul K. Joseph, PC, which was founded in 2015, specializes in consumer protection. The office has significant experience in consumer protection class actions involving falsely advertise of foods products and dietary supplements.

### Attorneys

**Paul K. Joseph**

Mr. Joseph has devoted nearly all of his practice to vindicating the rights of injured consumers through class actions. He has successfully prosecuted numerous consumer protection class actions, including against other coconut oil manufacturers for misleading health and wellness claims:

> ***Boswell et al v. Costco Wholesale Corp.*, 8:16-cv-00278-DOC-DFM (C.D. Cal.)**
> Allegations that Costco misleadingly and unlawful labeled its Kirkland Signature Coconut Oil with health and wellness claims. Obtained nationwide settlement that prohibits Costsco from using the challenged health and wellness claims on its coconut oil products. In addition, settlement provided $775,000 in monetary relief to the class.

> ***Cumming v. BetterBody Foods & Nutrition, LLC*, No. 37-2016-00019510-CU-BT-CTL (San Diego County Super. Ct.)**
> Allegations that BetterBody falsely and unlawful labeled its virgin and refined coconut oils with health and wellness claims. Obtained nationwide settlement that prohibits BetterBody's from using challenged health and wellness claims on its virgin and refined coconut oil products. In addition, settlement provided $1.1 in monetary relief to the class.

> ***Ducorsky v. Premier Organics*, No. HG16801566 (Alameda County Super. Ct.)**
> Allegations that Premier falsely and unlawful labeled its virgin coconut oil with health and wellness claims. Obtained nationwide settlement that prohibits Premier from using challenge health and wellness claims on its virgin coconut oil product. In addition, settlement provided $312,500 in monetary relief to the class.

Before founding his firm, Mr. Joseph was an associate at the Weston Firm, where he worked on numerous successful class actions including:

*In re Qunol CoQ10 Liquid Labeling Litigation*, **No. 11-cv-173-DOC (C.D. Cal.)** – Allegations that defendants misleadingly labeled a dietary supplement as providing "six times more absorption." Obtained certification of a nationwide class, *Bruno v. Quten Research Institute, LLC*, 280 F.R.D. 524 (C.D. Cal. 2011), and avoided decertification following the Ninth Circuit's decision in *Mazza v. Am. Honda Motor Co.*, 666 F.3d 581 (9th Cir. 2012), *see Bruno v. Eckhart Corp.*, 280 F.R.D. 540 (C.D. Cal. 2012). Obtained class settlement obligating defendants to provide refunds and refrain from advertising the product as providing six times more absorption. *Bruno v. Quten Research Institute, LLC*, 2013 WL 990495 (C.D. Cal. Mar. 13, 2013).

*In re Quaker Oats Labeling Litigation*, **No. 10-cv-502-RS (N.D. Cal.)** – Allegations that Quaker labeled food products containing artificial trans fat with misleading health and wellness claims. In July 2014, the Honorable Richard Seeborg granted final approval to a settlement that required Quaker to remove partially hydrogenated vegetable oils containing artificial trans fat from a wide variety of bar and oatmeal products.

*Henderson v. The J.M. Smucker Company*, **No. 2:10-cv-4524-GHK (C.D. Cal.)** This action was the catalyst forcing the defendant to reformulate a children's frozen food production to remove trans fat. On June 19, 2013, the Honorable George H. King held the firm's client was a prevailing Private Attorney General and entitled to her costs and attorneys' fees.

Mr. Joseph was admitted to practice law in California in 2012. He is a 2012 graduate of University of Michigan Law School, where he graduated *cum laude*. During law school, he also served as a judicial extern for the Honorable James Ware. Mr. Joseph spends substantial time on pro-bono work on behalf of at-risk youth and foster children.

**Richelle Kemler Vanden Bergh**

Ms. Kemler is an experienced civil litigator who began practicing in 2004. Before joining the Law Office of Paul K. Joseph, PC, she was a partner at Joyce Childers LLP and was formerly with Glassman, Browning, Saltsman & Jacobs of Beverly Hills where she was primarily responsible for complex civil litigation, including representation of Playboy Enterprises, Inc., Allergan Pharmaceutical International, and Skechers USA, Inc. in defamation defense and product disparagement matters, as well as representing defamation victims against CNN, CBS, ABC, The New York Times, and the National Enquirer.

In 2017, Ms. Kemler joined The Law Office of Paul K. Joseph, PC. Since joining the office, Ms. Kemler has worked on numerous consumer class actions, including many involving false and misleading health and wellness claims on food products, including coconut oils. The cases Ms. Kemler has worked on include *Boswell et al. v. Costco Wholesale Corp.*, and *Ducorsky v. Premier Organics*, which as described above resulted in nationwide class settlements.

In addition to obtaining her Juris Doctorate from Loyola Law School in 2004, she obtained a Masters in Social Work from Arizona State University.