| | |
|---|---|
| 1 | **THE LAW OFFICE OF** |
| 2 | **PAUL K. JOSEPH, PC** |
|   | PAUL K. JOSEPH (SBN 287057) |
| 3 | *paul@pauljosephlaw.com* |
| 4 | 4125 W. Pt. Loma Blvd. No. 309 |
|   | San Diego, CA 92110 |
| 5 | Phone: (619) 767-0356 |
| 6 | Fax: (619) 331-2943 |
|   | **THE LAW OFFICE OF** |
| 7 | **JACK FITZGERALD, PC** |
| 8 | JACK FITZGERALD (SBN 257370) |
|   | *jack@jackfitzgeraldlaw.com* |
| 9 | TREVOR M. FLYNN (SBN 253362) |
| 10 | *trevor@jackfitzgeraldlaw.com* |
|    | MELANIE PERSINGER (SBN 275423) |
| 11 | *melanie@jackfitzgeraldlaw.com* |
| 12 | Hillcrest Professional Building |
|    | 3636 Fourth Avenue, Suite 202 |
| 13 | San Diego, California 92103 |
| 14 | Phone: (619) 692-3840 |
|    | Fax: (619) 362-9555 |
| 15 | *Counsel for Plaintiff* |
| 16 | *and the Settlement Class* |

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY HUNTER on behalf of herself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>NATURE'S WAY PRODUCTS, LLC and SCHWABE NORTH AMERICA, INC,<br><br>Defendants. | Case No: 3:16-cv-00532-WQH-AGS<br><br>**NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND FOR ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARD**<br><br>Date:        December 13, 2019<br>Time:       1:30 p.m.<br>Courtroom: 14B<br>Judge:      Hon. William Q. Hayes |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, on December 13, 2019 at 1:30 p.m., in Courtroom 14B of the James M. Carter and Judith N. Keep United States Courthouse, located at 333 West Broadway, San Diego, CA, 92101, or as soon thereafter as may be heard, plaintiff Sherry Hunter, will, and hereby does, move for an Order

1. Certifying the Settlement Class;
2. Finally approving the Settlement as fair, reasonable, and adequate to the Class;
3. Directing the parties to undertake the obligations set forth in the Settlement Agreement that arise out of the Court's final approval;
4. Awarding attorneys' fees and costs;
5. Awarding a Class Representative service;
6. Entering Judgment consistent with the concurrently-filed Proposed Order; and
7. Maintaining jurisdiction over this matter for purpose of enforcing the Judgment.

This motion is based upon the accompanying memorandum of points and authorities, all papers and records on file in this matter, the concurrently-filed Declarations of Jack Fitzgerald, Paul Joseph, Sherry Hunter, and Dana Boub, and all pleadings and proceedings had to date, and any written or oral argument offered in support of or in opposition to this motion.

Dated: November 15, 2019            Respectfully Submitted,

/s/ Paul K. Joseph

**THE LAW OFFICE OF PAUL K. JOSEPH, PC**
PAUL K. JOSEPH
*paul@pauljosephlaw.com*
4125 W. Point Loma Blvd. #309
San Diego, CA 92110
Phone: (619) 767-0356
Fax: (619) 331-2943

**THE LAW OFFICE OF JACK FITZGERALD, PC**
JACK FITZGERALD
*jack@jackfitzgeraldlaw.com*

1

*Hunter v. Nature's Way Products, LLC et al.*, No. 16-cv-532-WQH-AGS
NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARD

| | |
|---|---|
| 1 | TREVOR M. FLYNN |
| 2 | *trevor@jackfitzgeraldlaw.com* |
| | MELANIE PERSINGER |
| 3 | *melanie@jackfitzgeraldlaw.com* |
| 4 | Hillcrest Professional Building |
| | 3636 Fourth Avenue, Suite 202 |
| 5 | San Diego, California 92103 |
| 6 | Phone: (619) 692-3840 |
| | Fax: (619) 362-9555 |
| 7 | ***Attorneys for Plaintiff and the Settlement Class*** |

2

*Hunter v. Nature's Way Products, LLC et al.*, No. 16-cv-532-WQH-AGS
NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARD