**THE LAW OFFICE OF**
**PAUL K. JOSEPH, PC**
PAUL K. JOSEPH (SBN 287057)
paul@pauljosephlaw.com
4125 W. Point Loma Blvd. No. 309
San Diego, California 92110
Phone: (619) 767-0356
Fax: (619) 331-2943
**LAW OFFICE OF**
**JACK FITZGERALD, PC**
JACK FITZGERALD (SBN 257370)
*jack@jackfitzgeraldlaw.com*
TREVOR M. FLYNN (SBN 253362)
*trevor@jackfitzgeraldlaw.com*
MELANIE PERSINGER (SBN 275423)
*melanie@jackfitzgeraldlaw.com*
Hillcrest Professional Building
3636 Fourth Avenue, Suite 202
San Diego, California 92103
Phone: (619) 692-3840
Fax: (619) 362-9555
*Counsel for Plaintiff and the Class*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY HUNTER, on behalf of herself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>NATURE'S WAY PRODUCTS, LLC and SCHWABE NORTH AMERICA, INC.,<br><br>Defendants. | Case No: 3:16-cv-00532-WQH-AGS<br><br>**DECLARATION OF SHERRY HUNTER**<br><br>Judge: Hon. William Q. Hayes |

I, Sherry Hunter, declare as follows:

1. I am the plaintiff in the above-captioned matter, and I make this declaration based on my own personal knowledge.

2. I volunteered to serve as a named plaintiff and bring this lawsuit in late 2015 because I believe the statements defendants made on the Nature's Way Coconut Oil are misleading. I believe it is wrong for defendants to call their coconut oil healthy when it increases risk of heart disease, and I think consumers should get refunds.

3. Before volunteering, I was informed of the role and duties of serving as a named plaintiff and Class Representative. I understand that as the Class Representative in this action, I am representing other purchasers of the Nature's Way Coconut Oil, and that I have a duty to make decisions in the best interest of the whole class.

4. I also understand that as Class Representative I must participate and stay informed of developments in the litigation, and oversee my counsel in the litigation. I further understand that I am obligated to assist my counsel in responding to any discovery requests (which I have already done), give testimony at a deposition (which I have already done), and possibly give testimony at trial. I also understand that I would need to review any proposed settlement, that I have the power as Class Representative to reject any settlement, and that I should only accept a settlement I believed to be in the class's best interests.

5. I have fulfilled these duties.

6. In the weeks after I retained my counsel, I spent several hours helping my counsel get case documents ready. We had several lengthy phone calls and traded numerous emails about my purchase and use of the Nature's Way Coconut Oil. I also read articles showing coconut oil is unhealthy. Before I authorized my counsel to file, I reviewed the Complaint to ensure that it was as accurate as possible.

7. Since filing the suit, I have stayed informed of developments in the case through periodic email and telephone conversations with my counsel.

8. In addition to assisting with the initial Complaint, I also assisted my attorneys in drafting both amended complaints.

9. I have assisted my counsel in responding to all the discovery requests I have received. I helped respond to the many written questions that defendants asked, and signed a form verifying that those interrogatory responses, and admissions were accurate to the best of my knowledge. I also searched for many types of documents and materials that defendants wanted.

10. I also spent several hours preparing for my deposition, and then sat for a deposition that lasted more than 8 hours.

11. I also endured both my family, and me personally being harassed by defendants' agents. Defendants' agents followed me and sat outside my home watching me and my family. My attorney had to seek a protective order as defendants sought to serve deposition subpoenas on my family, who had had no involvement in this matter whatsoever.

12. I attended the Settlement Conference, where I participated in the negotiations that resulted in the settlement of this matter.

13. When provided with the Settlement Agreement, I carefully reviewed it, and considered the benefits provided to the class, in particular, the removal of the health and wellness claims and the monetary relief, which I believe is substantial and fair.

14. Since the Complaint was filed on January 28, 2016 in San Diego Superior Court, I have kept abreast of the developments of the case, reviewing documents as needed and working with my counsel via numerous emails and phone calls.

15. For almost four years now, I have invested considerable time and effort to provide my counsel with all the requested assistance in order to help my counsel to prosecute and ultimately resolve this case, helping to draft and review numerous documents, carefully considering the terms of the settlement, and helping to seek approval of the settlement.

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct to the best of my knowledge.

Executed this 13 day of November 2019, in San Diego, California.

By: *Sherry Hunter*
Sherry Hunter