| | |
|---|---|
| 1 | **THE LAW OFFICE OF** |
| 2 | **PAUL K. JOSEPH, PC** |
|   | PAUL K. JOSEPH (SBN 287057) |
| 3 | *paul@pauljosephlaw.com* |
| 4 | 4125 W. Pt. Loma Blvd. No. 309 |
|   | San Diego, CA 92110 |
| 5 | Phone: (619) 767-0356 |
| 6 | Fax: (619) 331-2943 |
|   | **THE LAW OFFICE OF** |
| 7 | **JACK FITZGERALD, PC** |
| 8 | JACK FITZGERALD (SBN 257370) |
|   | *jack@jackfitzgeraldlaw.com* |
| 9 | TREVOR M. FLYNN (SBN 253362) |
| 10 | *trevor@jackfitzgeraldlaw.com* |
|   | MELANIE PERSINGER (SBN 275423) |
| 11 | *melanie@jackfitzgeraldlaw.com* |
| 12 | Hillcrest Professional Building |
|   | 3636 Fourth Avenue, Suite 202 |
| 13 | San Diego, California 92103 |
| 14 | Phone: (619) 692-3840 |
|   | Fax: (619) 362-9555 |
| 15 | *Counsel for Plaintiff and* |
| 16 | *the Settlement Class* |

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY HUNTER on behalf of herself, all others similarly situated, and the general public, | Case No: 3:16-cv-00532-WQH-AGS |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | Date:      December 13, 2019 |
| NATURE'S WAY PRODUCTS, LLC and SCHWABE NORTH AMERICA, INC, | Time:      1:30 p.m. |
|   | Courtroom: 14B |
| Defendants. | Judge:     Hon. William Q. Hayes |

1. I hereby certify that on November 15, 2019, I served the foregoing:

    (1) NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND FOR ATTORNEYS' FEES, COSTS AND INCENTIVE AWARD;

    (2) MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND FOR ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARD;

    (3) DECLARTION OF JACK FITZGERALD IN SUPPORT OF MOTIONS FOR FINAL APPROVAL AND ATTORNEYS' FEES AND COSTS;

    (4) DECLARATION OF PAUL K. JOSEPH IN SUPPORT OF MOTIONS FOR FINAL APPROVAL AND ATTORNEYS' FEES AND COSTS;

    (5) DECLARATION OF SHERRY HUNTER; and

    (6) DECLARATION OF DANA BOUB

on counsel of record for all parties in this action, by notice of electronic filing, which was automatically generated by the Court's CM/ECF system at the time the documents were filed with the Court.

Dated: November 15, 2019            /s/ Paul K. Joseph
                                    Paul K. Joseph